# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

141399

JAMES DEE SHINN,
      Plaintiff-Appellant,

v

KELLIE MARIE SHINN,
      Defendant-Appellee.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141399
COA: 295483
Allegan CC: 07-042550-DM

_____/

      On order of the Court, the application for leave to appeal the June 10, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

_____
Clerk

d0830